**UNITED STATES DISTRICT COURT**   **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| ANDRE'A DARIUS JOHNSON, | § § § | |
| Plaintiff, | § § | |
| *versus* | § § | CIVIL ACTION NO. 1:22-CV-313 |
| | § § | |
| USP BEAUMONT STAFF, *et al.*, | § § | |
| Defendants. | § | |

## FINAL JUDGMENT

This action came on before the court, Honorable Marcia A. Crone, District Judge, presiding, and the issues having been duly considered and a decision having been duly rendered, it is

**ORDERED** and **ADJUDGED** that this *Bivens*-type action is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

All motions by either party not previously ruled on are **DENIED**.

SIGNED at Beaumont, Texas, this 9th day of March, 2023.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE