| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

ANDRE'A DARIUS JOHNSON, §
§
    Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:22-CV-313
§
USP BEAUMONT STAFF, *et al.*, §
§
    Defendants. §

## FINAL JUDGMENT

    This action came on before the court, and the issues having been duly considered and a decision having been duly rendered, it is

    **ORDERED** that plaintiff take nothing and that this lawsuit is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

    All motions not previously ruled on are **DENIED**.

**Signed this date**

Jun 7, 2024

*Marcia A. Crone*
_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE